UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| SHELTON, SHARON D | ) | CASE NO. 08-71066-MLB |
| | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

NOW COMES DANIEL M. DONAHUE, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on April 10, 2008. DANIEL M. DONAHUE was appointed Trustee on the May 22, 2008. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the trustee's final account as of February 4, 2009 is as follows:

    a.   RECEIPTS (See Exhibit C)                    $ 10,401.98
    b.   DISBURSEMENTS (See Exhibit C)                $ 0.00
    c.   NET CASH available for distribution          $ 10,401.98
    d.   TRUSTEE/PROFESSIONAL COSTS:
        1.   Trustee compensation requested         $ 1,790.20
            (See Exhibit E)

|     |                                                                                           |           |
|-----|-------------------------------------------------------------------------------------------|-----------|
| 2.  | Trustee Expenses (See Exhibit E)                                                          | $ 0.00    |
| 3.  | Compensation requested by attorney or other professionals for trustee (See Exhibit F)    |           |
|     | (a.) MCGREEVY WILLIAMS Attorney for Trustee Fees                                          | $1,750.00 |
|     | (b.) MCGREEVY WILLIAMS Attorney for Trustee Expenses                                      | $66.28    |

5. The Bar Date for filing unsecured claims expired on January 27, 2009.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $3,606.48 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $39,548.44 |
| f. | Surplus return to debtor | $0.00 |
| g. | Interest | $0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 17.18% of allowed claims.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Daniel M. Donahue Trustee | $0.00 | $1,790.20 | $0.00 |

| | | | |
|---|---|---|---|
| <u>McGreevy Williams</u><br>Attorney for Trustee | $0.00 | $1,750.00 | $66.28 |

9.   A fee of $300.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED

DATE: 2/4/09

/s/ Daniel M. Donahue
DANIEL M. DONAHUE, Trustee
McGREEVY WILLIAMS
P.O. BOX 2903
ROCKFORD, IL  61132-2903
(815) 639-3700
(815) 639-9400

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Case No: 08-71066    MLB    Judge: MANUEL BARBOSA
Case Name: SHELTON, SHARON D

For Period Ending: 02/04/09

Trustee Name: DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 04/10/08 (f)
341(a) Meeting Date: 05/22/08
Claims Bar Date: 01/27/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account | 100.00 | 0.00 | DA | 0.00 | FA |
| 2. Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Wearing Apparel | 350.00 | 0.00 | DA | 0.00 | FA |
| 4. Jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. 2007 Dodge Caliber (u) | Unknown | 10,400.00 | | 10,400.00 | FA |
| 6. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.98 | FA |

TOTALS (Excluding Unknown Values)    $1,550.00    $10,400.00         $10,401.98    $0.00
                                                                    Gross Value of Remaining Assets
                                                                    (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

LFORM1                                                                                                                    Ver: 14.21

Page: 1

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-71066 -MLB
Case Name: SHELTON, SHARON D

Taxpayer ID No: *******3288
For Period Ending: 02/04/09

Trustee Name: DANIEL M. DONAHUE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1088 MONEY MARKET
Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/08/08 | 5 | DAVE'S AUTOWORLD | SALE PROCEEDS: VEHICLES | 1229-000 | 10,400.00 | | 10,400.00 |
| 10/31/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.51 | | 10,400.51 |
| 11/28/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.85 | | 10,401.36 |
| 12/31/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.53 | | 10,401.89 |
| 01/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,401.98 |

| | | |
|---|---|---|
| COLUMN TOTALS | 10,401.98 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 10,401.98 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 10,401.98 | 0.00 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 10,401.98 | 0.00 | 10,401.98 |
| MONEY MARKET - *******1088 | | | |
| | 10,401.98 | 0.00 | 10,401.98 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand 0.00 |

Page Subtotals 10,401.98 0.00

LFORM24  Ver: 14.21

C

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE: | CHAPTER 7

SHELTON, SHARON D | CASE NO. 08-71066-MLB

Debtor(s). | HON. MANUEL BARBOSA

## PROPOSED DISTRIBUTION REPORT

I, DANIEL M. DONAHUE, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $3,606.48 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $6,795.50 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $10,401.98 |

**EXHIBIT D**

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $3,606.48 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Daniel M. Donahue Trustee Compensation | $1,790.20 | $1,790.20 |
| | McGreevy Williams Attorney for Trustee Fees | $1,750.00 | $1,750.00 |
| | McGreevy Williams Attorney for Trustee Expenses | $66.28 | $66.28 |
| | **CLASS TOTALS** | **$3,606.48** | **$3,606.48** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 39,548.44 | 17.18 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 000001 | Roundup Funding, LLC  General Unsecured 726 | $11,699.19 | $2,010.24 |
| 000002 | Spirit Of America National Bank/Cat  General Unsecured 726 | $879.09 | $151.05 |
| 000003 | Discover Bank/DFS Services LLC  General Unsecured 726 | $7,695.33 | $1,322.27 |
| 000004 | Cheryl Reynolds  General Unsecured 726 | $20.99 | $3.61 |
| 000005 | Recovery Management Systems Corpora  General Unsecured 726 | $4,943.88 | $849.49 |
| 000006 | eCast Settlement Corporation Assign  General Unsecured 726 | $510.25 | $87.67 |
| 000007 | American Express Centurion Bank  General Unsecured 726 | $6,390.89 | $1,098.13 |
| 000008 | American Express Centurion Bank  General Unsecured 726 | $3,850.78 | $661.67 |

| | | | |
|---|---|---|---|
| 000009 | Recovery Management Systems Corpora<br>General Unsecured 726 | $286.58 | $49.24 |
| 000010 | Verizon North Inc<br>General Unsecured 726 | $509.35 | $87.52 |
| 000011 | LHR Inc.<br>General Unsecured 726 | $2,762.11 | $474.61 |
| | **CLASS TOTALS** | **$39,548.44** | **$6,795.50** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN/ BARRED (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 2/4/09                                             /s/ Daniel M. Donahue

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---:|---:|---:|
| <u>Trustee's Attorney</u> | | | | |
| McGreevy Williams | *Fees* | $0.00 | $1,750.00 | $1,750.00 |
| | *Expenses* | $0.00 | $66.28 | $66.28 |
| <u>Trustee's Accountants</u> | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| <u>Other Professionals</u> | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $0.00 | $1,750.00 | $1,750.00 |
| | *Expenses* | $0.00 | $66.28 | $66.28 |
| | | $0.00 | $1,816.28 | $1,816.28 |

**Exhibit G**