Case Name: SHELTON, SHARON D.
Case No:    08-71066

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: February 9, 2009            WILLIAM T. NEARY
                                   United States Trustee, Region 11


                        BY:   */s/ Carole J. Ryczek*
                              CAROLE J. RYCZEK
                              Attorney for the U.S. Trustee