UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| SHELTON, SHARON D | ) | CASE NO. 08-71066-MLB |
| | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

At:    U.S. Bankruptcy Court, 211 S. Court St., Rockford, IL

On: Monday, March 9, 2009        Time: 9:30 A.M.

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.    The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $10,401.98 |
| Disbursements | $0.00 |
| Net Cash Available for Distribution | $10,401.98 |

4.    Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Daniel M. Donahue<br>*Trustee* | $0.00 | $1,790.20 | $0.00 |
| McGreevy Williams<br>*Attorney for Trustee* | $0.00 | $1,750.00 | $66.28 |

5.    Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.   Claims of general unsecured creditors totaling $39,548.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 17.1827%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Roundup Funding, LLC | $11,699.19 | $2,010.24 |
| 2 | Spirit Of America National Bank/Cat | $879.09 | $151.05 |
| 3 | Discover Bank/DFS Services LLC | $7,695.33 | $1,322.27 |
| 4 | Cheryl Reynolds | $20.99 | $3.61 |
| 5 | Recovery Management Systems Corpora | $4,943.88 | $849.49 |
| 6 | eCast Settlement Corporation Assign | $510.25 | $87.67 |
| 7 | American Express Centurion Bank | $6,390.89 | $1,098.13 |
| 8 | American Express Centurion Bank | $3,850.78 | $661.67 |
| 9 | Recovery Management Systems Corpora | $286.58 | $49.24 |
| 10 | Verizon North Inc | $509.35 | $87.52 |
| 11 | LHR Inc. | $2,762.11 | $474.61 |

8.   Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9.   Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

10.   Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a Clerk Address field in Judge Linkages., or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12.   Debtor(s) have not been discharged.

13.   The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Checking Account | $100.00 |
| Household goods and furnishings | $1,000.00 |
| Wearing Apparel | $350.00 |
| Jewelry | $100.00 |

Dated: February 4, 2009                    /s/ Daniel M. Donahue, Trustee

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: jclarke          Page 1 of 2          Date Rcvd: Feb 10, 2009
Case: 08-71066               Form ID: pdf002         Total Served: 60

The following entities were served by first class mail on Feb 12, 2009.
```
db            +Sharon D Shelton,   501 Morning Cloak St.  #5,   Roscoe, IL 61073-8827
aty            Daniel M Donahue,   P. O. Box 2903,   Rockford, IL  61132-2903
aty           +David H Carter,   Rockford Bankruptcy Clinic,   One Court Place   Suite 401,
                Rockford, IL 61101-1042
tr             Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
12125586      +Alliance One,   Box 2449,   Gig Harbor, WA 98335-4449
12125587      +American Coradius Inc.,   2420 Sweet Home Rd. Suite 150,   Buffalo, NY 14228-2244
12125588      +American Express 1,   Box 0001,   Los Angeles, CA 90096-8000
12169376      +American Express Centurion Bank,   PO Box 3001,   Malvern, PA 19355-0701
12918343       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12125590      +American Profit Recovery,   34405 W.12 Mile Rd. Suite 379,   Farmington, MI 48331-5608
12125591      +Bill Me Later,   Box 105658,   Atlanta, GA 30348-5658
12125592      +Capital One,   Box 60024,   City Of Industry, CA 91716-0024
12125594      +Capital One,   Box 105131,   Atlanta, GA 30348-5131
12125595      +Catherines,   Box 856044,   Louisville, KY 40285-6044
12125596      +Central Check Systems,   Box 85,   Antigo, WI 54409-0085
12125597      +Certegy,   Box 30031,   Tampa, FL 33630-3031
12125598      +Check It,   Box 6264,   Rockford, IL 61125-1264
12125599      +Checkcare Systems,   Box 39449,   Louisville, KY 40233-9449
12859816      +Cheryl Reynolds,   Sunrise Family Rest,   7019 N Alpine Rd,   Loves Park IL 61111-4362
12125601      +Credi check,   401 E. State St.,   Rockford, IL 61104-1027
12125602      +Credit Mangement Control,   Box 589,   Waukesha, WI 53187-0589
12125603      +CybrCollect Inc,   Box 1145,   La Crosse, WI 54602-1145
12125605      +First National Credit Card,   Box 2677,   Omaha, NE 68103-2677
12125606      +Great Smiles Of Rockford,   780 N. Mulford Rd.,   Rockford, IL 61107-3855
12125609      +HSBC,   Box 5244,   Carol Stream, IL 60197-5244
12125607      +Hall & Associates,   560 Route 303 Suite 209,   Orangeburg, NY 10962-1334
12125608      +House Calls,   2812 Summerdale Ave,   Rockford, IL 61101-3524
12125610      +IC Systems,   Box 64887,   Saint Paul, MN 55164-0087
12125612      +John Frye PC,   Box 13665,   Roanoke, VA 24036-3665
12125613      +Juniper,   Box 13337,   Philadelphia, PA 19101-3337
12125616      +LHR Inc.,   56 Main St.,   Hamburg, NY 14075-4905
12125614      +Lawrence Drexler,   100 South West St.,   Wilmington, DE 19801-5015
12125615      +Legacy Visa,   Box 2677,   Omaha, NE 68103-2677
12125618      +NCO,   Box 15456,   Wilmington, DE 19850-5456
12125617      +National Pen Co.,   Box 55000,   Detroit, MI 48255-0001
12125620      +Northland Group,   Box 390846,   Minneapolis, MN 55439-0846
12125621      +Paul Revis,   Box 967,   Tinley Park, IL 60477-0967
12125622      +RMCB,   Box 1238,   Elmsford, NY 10523-0938
12826811       SPIRIT OF AMERICA NATIONAL BANK/CATHERINES,   FIRST EXPRESS,   PO BOX 856044,
                LOUISVILLE, KY  40285-6044
12125623      +Schnuck Markets,   Box 28429,   Saint Louis, MO 63146-0929
12125624      +Stillman Banc Corp,   101 E. Main St.,   Stillman Valley, IL 61084-9027
12125625       Swedish American,   Box 1567,   Rockford, IL 61110-0067
12125626      +TRS Recovery Services,   Box 4857,   Houston, TX 77210-4857
12125627      +Unique National Collection,   119 E. Maple St.,   Jeffersonville, IN 47130-3439
12125628       United Recovery Systems,   Box 722929,   Houston, TX 77272-2929
12125630      +Washington Mutual Card,   Box 660487,   Dallas, TX 75266-0487
12125631      +Wells Fargo,   Box 98798,   Las Vegas, NV 89193-8798
12125632      +Winn. County States Attorney,   Box 98,   Rockford, IL 61105-0098
12889572       eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
                Newark NJ 07193-5480
12190135      +eCast Settlement Corporation,   PO Box 35480,   Newark, NJ 07193-5480
```

The following entities were served by electronic transmission on Feb 11, 2009.
```
12125600      +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                      Com Ed,
                Payment Center,   Chicago, IL 60668-0001
12125604       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 11 2009 02:16:52      Discover Card,   Box 30395,
                Salt Lake City, UT 84130
12836834       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 11 2009 02:16:52
                Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
12125611       E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2009 00:24:52      JC Penney,   Box 960090,
                Orlando, FL 32896-0001
12125619       E-mail/Text: bankrup@nicor.com                      Nicor,   Box 416,   Aurora, IL 60568-0001
13003041      +E-mail/PDF: rmscedi@recoverycorp.com Feb 11 2009 00:24:20
                Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12862610      +E-mail/PDF: rmscedi@recoverycorp.com Feb 11 2009 00:24:15
                Recovery Management Systems Corporation,   For Capital Recovery One,
                As Assignee of CAPITAL ONE INSTALLMENT,   25 SE 2nd Avenue, Suite 1120,   Miami FL 33131-1605
12821229       E-mail/PDF: BNCEmails@blinellc.com Feb 11 2009 02:04:26      Roundup Funding, LLC,   MS 550,
                PO Box 91121,   Seattle, WA 98111-9221
12125629      +E-mail/PDF: bankruptcyverizoncom@afni.com Feb 11 2009 00:21:22      Verizon North,   Box 9688,
                Mission Hills, CA 91346-9688
13080089      +E-mail/PDF: bankruptcyverizoncom@afni.com Feb 11 2009 00:21:38      Verizon North Inc,
                AFNI/Verizon,   404 Brock Drive,   Bloomington, Il 61701-2654
                                                                            TOTAL: 10
```

```
District/off: 0752-3          User: jclarke          Page 2 of 2          Date Rcvd: Feb 10, 2009
Case: 08-71066               Form ID: pdf002         Total Served: 60

           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12125589*    +American Express 1,   Box 0001,   Los Angeles, CA 90096-8000
12918344*     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12125593*    +Capital One,   Box 60024,   City Of Industry, CA 91716-0024
                                                                        TOTALS: 0, * 3
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2009**                    **Signature:**   _Joseph Speetjens_