UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                              CHAPTER 7

SHELTON, SHARON D                                   CASE NO. 08-71066-MLB

Debtor(s).                                          HON. MANUEL BARBOSA

## FINAL DISTRIBUTION REPORT

I, DANIEL M. DONAHUE, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $3,606.48 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $6,795.60 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$10,402.48** |

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $3,606.48 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Daniel M. Donahue Trustee Compensation | $1,790.20 | $1,790.20 |
| | McGreevy Williams Attorney for Trustee Fees | $1,750.00 | $1,750.00 |
| | McGreevy Williams Attorney for Trustee Expenses | $66.28 | $66.28 |
| | **CLASS TOTALS** | **$3,606.48** | **$3,606.48** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 39,548.44 | 17.20 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 000001 | Roundup Funding, LLC<br>General Unsecured 726 | $11,699.19 | $2,010.27 |
| 000002 | Spirit Of America National Bank/Cat<br>General Unsecured 726 | $879.09 | $151.05 |
| 000003 | Discover Bank/DFS Services LLC<br>General Unsecured 726 | $7,695.33 | $1,322.29 |
| 000004 | Cheryl Reynolds<br>General Unsecured 726 | $20.99 | $3.61 |
| 000005 | Recovery Management Systems Corpora<br>General Unsecured 726 | $4,943.88 | $849.51 |
| 000006 | eCast Settlement Corporation Assign<br>General Unsecured 726 | $510.25 | $87.67 |
| 000007 | American Express Centurion Bank<br>General Unsecured 726 | $6,390.89 | $1,098.15 |
| 000008 | American Express Centurion Bank<br>General Unsecured 726 | $3,850.78 | $661.68 |

| 000009 | Recovery Management Systems Corpora<br>General Unsecured 726 | $286.58 | $49.24 |
|---|---|---|---|
| 000010 | Verizon North Inc<br>General Unsecured 726 | $509.35 | $87.52 |
| 000011 | LHR Inc.<br>General Unsecured 726 | $2,762.11 | $474.61 |
| | **CLASS TOTALS** | **$39,548.44** | **$6,795.60** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN/ BARRED (DESIGNATE) |
|---|---|---|---|---|
|  |  |  |  |  |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 3/9/09                                    /s/ Daniel M. Donahue