## UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §     Case No. 08-71066 MLB
SHELTON, SHARON D                     §
                                       §
            Debtor(s)                  §
                                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,550.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 6,795.60 | Claims Discharged Without Payment: 96,354.84 |
| Total Expenses of Administration: 3,606.48 | |

3) Total gross receipts of $ 10,402.08 (see Exhibit 1), minus funds paid to the debtor and third parties of $ 0.00 (see Exhibit 2), yielded net receipts of $ 10,402.08 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 3,606.48 | 3,606.48 | 3,606.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 63,602.00 | 39,548.44 | 39,548.44 | 6,795.60 |
| TOTAL DISBURSEMENTS | $ 63,602.00 | $ 43,154.92 | $ 43,154.92 | $ 10,402.08 |

4) This case was originally filed under chapter 7 on 04/10/2008 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/09/2009                 By:/s/DANIEL M. DONAHUE
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE† | $ AMOUNT RECEIVED |
| --- | --- | --- |
| 2007 Dodge Caliber | 1229-000 | 10,400.00 |
| Post-Petition Interest Deposits | 1270-000 | 2.08 |
| TOTAL GROSS RECEIPTS | | $ 10,402.08 |

†The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
| --- | --- | --- | --- |
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 1,790.20 | 1,790.20 | 1,790.20 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 66.28 | 66.28 | 66.28 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,606.48 | $ 3,606.48 | $ 3,606.48 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Alliance One<br>Box 2449<br>Gig Harbor, WA 98335 | | 30.00 | NA | NA | 0.00 |
| American Coradius Inc.<br>2420 Sweet Home Rd. Suite 150<br>Buffalo, NY 14228 | | 11,699.00 | NA | NA | 0.00 |
| American Express 1<br>Box 0001<br>Los Angeles, CA 90096 | | 3,313.00 | NA | NA | 0.00 |
| American Express 1<br>Box 0001<br>Los Angeles, CA 90096 | | 4,912.00 | NA | NA | 0.00 |
| American Profit Recovery<br>34405 W.12 Mile Rd. Suite 379<br>Farmington, MI 48331 | | 0.00 | NA | NA | 0.00 |
| Bill Me Later<br>Box 105658<br>Atlanta, GA 30348 | | 1,050.00 | NA | NA | 0.00 |
| Capital One<br>Box 105131<br>Atlanta, GA 30348 | | 4,428.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital One<br>Box 60024<br>City Of Industry, CA 91716 | | 4,685.00 | NA | NA | 0.00 |
| Capital One<br>Box 60024<br>City Of Industry, CA 91716 | | 6,524.00 | NA | NA | 0.00 |
| Catherines<br>Box 856044<br>Louisville, KY 40285 | | 655.00 | NA | NA | 0.00 |
| Central Check Systems<br>Box 85<br>Antigo, WI 54409 | | 42.00 | NA | NA | 0.00 |
| Certegy<br>Box 30031<br>Tampa, FL 33630 | | 36.00 | NA | NA | 0.00 |
| Check It<br>Box 6264<br>Rockford, IL 61125 | | 145.00 | NA | NA | 0.00 |
| Checkcare Systems<br>Box 39449<br>Louisville, KY 40233 | | 50.00 | NA | NA | 0.00 |
| Com Ed<br>Payment Center<br>Chicago, IL 60668 | | 200.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Credi check<br>401 E. State St.<br>Rockford, IL 61110 | | 40.00 | NA | NA | 0.00 |
| Credit Mangement Control<br>Box 589<br>Waukesha, WI 53187 | | 200.00 | NA | NA | 0.00 |
| CybrCollect Inc<br>Box 1145<br>La Crosse, WI 54602 | | 40.00 | NA | NA | 0.00 |
| Discover Card<br>Box 30395<br>Salt Lake City, UT 84130 | | 6,232.00 | NA | NA | 0.00 |
| First National Credit Card<br>Box 2677<br>Omaha, NE 68103 | | 350.00 | NA | NA | 0.00 |
| Great Smiles Of Rockford<br>780 N. Mulford Rd.<br>Rockford, IL 61107 | | 125.00 | NA | NA | 0.00 |
| HSBC<br>Box 5244<br>Carol Stream, IL 60197 | | 250.00 | NA | NA | 0.00 |
| Hall & Associates<br>560 Route 303 Suite 209<br>Orangeburg, NY 10962 | | 170.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| House Calls<br>2812 Summerdale Ave<br>Rockford, IL 61101 | | 105.00 | NA | NA | 0.00 |
| IC Systems<br>Box 64887<br>Saint Paul, MN 55164 | | 0.00 | NA | NA | 0.00 |
| JC Penney<br>Box 960090<br>Orlando, FL 32896-0001 | | 220.00 | NA | NA | 0.00 |
| John Frye PC<br>Box 13665<br>Roanoke, VA 24036 | | 0.00 | NA | NA | 0.00 |
| Juniper<br>Box 13337<br>Philadelphia, PA 19101 | | 2,000.00 | NA | NA | 0.00 |
| LHR Inc.<br>56 Main St.<br>Hamburg, NY 14075 | | 0.00 | NA | NA | 0.00 |
| Lawrence Drexler<br>100 South West St.<br>Wilmington, DE 19801 | | 0.00 | NA | NA | 0.00 |
| Legacy Visa<br>Box 2677<br>Omaha, NE 68103 | | 350.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NCO<br>Box 15456<br>Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| National Pen Co.<br>Box 55000<br>Detroit, MI 48255 | | 73.00 | NA | NA | 0.00 |
| Nicor<br>Box 416<br>Aurora, IL 60568-0001 | | 215.00 | NA | NA | 0.00 |
| Northland Group<br>Box 390846<br>Minneapolis, MN 55439 | | 0.00 | NA | NA | 0.00 |
| Paul Revis<br>Box 967<br>Tinley Park, IL 60477 | | 100.00 | NA | NA | 0.00 |
| RMCB<br>Box 1238<br>Elmsford, NY 10523 | | 75.00 | NA | NA | 0.00 |
| Schnuck Markets<br>Box 28429<br>Saint Louis, MO 63146 | | 68.00 | NA | NA | 0.00 |
| Stillman Banc Corp<br>101 E. Main St.<br>Stillman Valley, IL 61084 | | 1,603.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Swedish American<br>Box 1567<br>Rockford, IL 61110-0067 | | 400.00 | NA | NA | 0.00 |
| TRS Recovery Services<br>Box 4857<br>Houston, TX 77210 | | 70.00 | NA | NA | 0.00 |
| Unique National Collection<br>119 E. Maple St.<br>Jeffersonville, IN 47130 | | 25.00 | NA | NA | 0.00 |
| United Recovery Systems<br>Box 722929<br>Houston, TX 77272-2929 | | 0.00 | NA | NA | 0.00 |
| Verizon North<br>Box 9688<br>Mission Hills, CA 91346 | | 250.00 | NA | NA | 0.00 |
| Washington Mutual Card<br>Box 660487<br>Dallas, TX 75266 | | 11,003.00 | NA | NA | 0.00 |
| Wells Fargo<br>Box 98798<br>Las Vegas, NV 89193 | | 1,369.00 | NA | NA | 0.00 |
| Winn. County States Attorney<br>Box 98<br>Rockford, IL 61105 | | 500.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 3,850.78 | 3,850.78 | 661.68 |
| AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 6,390.89 | 6,390.89 | 1,098.15 |
| CHERYL REYNOLDS | 7100-000 | NA | 20.99 | 20.99 | 3.61 |
| DISCOVER BANK/DFS SERVICES LLC | 7100-000 | NA | 7,695.33 | 7,695.33 | 1,322.29 |
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 510.25 | 510.25 | 87.67 |
| LHR INC. | 7100-000 | NA | 2,762.11 | 2,762.11 | 474.61 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | 286.58 | 286.58 | 49.24 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | 4,943.88 | 4,943.88 | 849.51 |
| ROUNDUP FUNDING, LLC | 7100-000 | NA | 11,699.19 | 11,699.19 | 2,010.27 |
| SPIRIT OF AMERICA NATIONAL BANK/CAT | 7100-000 | NA | 879.09 | 879.09 | 151.05 |
| VERIZON NORTH INC | 7100-000 | NA | 509.35 | 509.35 | 87.52 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 63,602.00 | $ 39,548.44 | $ 39,548.44 | $ 6,795.60 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

**Exhibit 8**

Case No:      08-71066      MLB    Judge: MANUEL BARBOSA
Case Name:   SHELTON, SHARON D

For Period Ending: 05/13/09

Trustee Name:                              DANIEL M. DONAHUE
Date Filed (f) or Converted (c):    04/10/08 (f)
341(a) Meeting Date:                  05/22/08
Claims Bar Date:                       01/27/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account | 100.00 | 0.00 | DA | 0.00 | FA |
| 2. Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Wearing Apparel | 350.00 | 0.00 | DA | 0.00 | FA |
| 4. Jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. 2007 Dodge Caliber (u) | Unknown | 10,400.00 | | 10,400.00 | FA |
| 6. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 2.08 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,550.00 | $10,400.00 | | $10,402.08 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final report has been filed.

Initial Projected Date of Final Report (TFR):  / /      Current Projected Date of Final Report (TFR):  / /

Ver: 14.31a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

**Exhibit 9**

| Case No: | 08-71066 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | SHELTON, SHARON D | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1088 MONEY MARKET |
| Taxpayer ID No: | *******3288 | | | |
| For Period Ending: | 05/13/09 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/08 | 5 | DAVE'S AUTOWORLD | SALE PROCEEDS: VEHICLES | 1229-000 | 10,400.00 | | 10,400.00 |
| 10/31/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.51 | | 10,400.51 |
| 11/28/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.85 | | 10,401.36 |
| 12/31/08 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.53 | | 10,401.89 |
| 01/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,401.98 |
| 02/27/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,402.06 |
| 03/09/09 | 6 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 10,402.08 |
| 03/09/09 | | Transfer to Acct #*******1305 | Final Posting Transfer | 9999-000 | | 10,402.08 | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 10,402.08 | 10,402.08 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 10,402.08 | |
| Subtotal | 10,402.08 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,402.08 | 0.00 | |

Page Subtotals        10,402.08        10,402.08

Ver: 14.31a

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-71066 -MLB | |
| Case Name: | SHELTON, SHARON D | |
| Taxpayer ID No: | *******3288 | |
| For Period Ending: | 05/13/09 | |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1305  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/09/09 | | Transfer from Acct #*******1088 | Transfer In From MMA Account | 9999-000 | 10,402.08 | | 10,402.08 |
| 03/09/09 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-003 | | 1,790.21 | 8,611.87 |
| 03/09/09 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees INCORRECT AMOUNT | 2100-003 | | -1,790.21 | 10,402.08 |
| 03/09/09 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-003 | | 1,750.00 | 8,652.08 |
| 03/09/09 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee NEED TO RERUN CHECKS ERROR IN PREVIOUS CHECK | 3110-003 | | -1,750.00 | 10,402.08 |
| 03/09/09 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-003 | | 66.28 | 10,335.80 |
| 03/09/09 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-003 | | -66.28 | 10,402.08 |
| 03/09/09 | 000103 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000001, Payment 17.2% | 7100-003 | | 2,010.27 | 8,391.81 |
| 03/09/09 | 000103 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000001, Payment 17.2% | 7100-003 | | -2,010.27 | 10,402.08 |
| 03/09/09 | 000104 | SPIRIT OF AMERICA NATIONAL BANK/CATHERINES FIRST EXPRESS PO BOX 856044 LOUISVILLE, KY 40285-6044 | Claim 000002, Payment 17.2% | 7100-003 | | 151.05 | 10,251.03 |
| 03/09/09 | 000104 | SPIRIT OF AMERICA NATIONAL BANK/CATHERINES FIRST EXPRESS | Claim 000002, Payment 17.2% | 7100-003 | | -151.05 | 10,402.08 |

| | | |
|---|---|---|
| Page Subtotals | 10,402.08 | 0.00 |

Ver: 14.31a

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-71066 -MLB |
| Case Name: | SHELTON, SHARON D |
| | |
| Taxpayer ID No: | *******3288 |
| For Period Ending: | 05/13/09 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1305  GENERAL CHECKING |
| | |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO BOX 856044 LOUISVILLE, KY 40285-6044 | | | | | |
| • 03/09/09 | 000105 | Discover Bank/DFS Services LLC PO Box 3025 New Albany OH 43054-3025 | Claim 000003, Payment 17.2% | 7100-003 | | 1,322.28 | 9,079.80 |
| • 03/09/09 | 000105 | Discover Bank/DFS Services LLC PO Box 3025 New Albany OH 43054-3025 | Claim 000003, Payment 17.2% | 7100-003 | | -1,322.28 | 10,402.08 |
| • 03/09/09 | 000106 | United States Bankruptcy Court FEDERAL COURTHOUSE 211 SOUTH COURT ST., CHAMBERS 121 ROCKFORD, IL 61101 | Claim 000004, Payment 17.2% Cheryl Reynolds Sunrise Family Rest 7019 N Alpine Rd Loves Park IL 61111 | 7100-003 | | 3.61 | 10,398.47 |
| • 03/09/09 | 000106 | United States Bankruptcy Court FEDERAL COURTHOUSE 211 SOUTH COURT ST., CHAMBERS 121 ROCKFORD, IL 61101 | Claim 000004, Payment 17.2% REISSUE TO CREDITOR | 7100-003 | | -3.61 | 10,402.08 |
| • 03/09/09 | 000107 | Recovery Management Systems Corporation For Capital Recovery One As Assignee of CAPITAL ONE INSTALLMENT 25 SE 2nd Avenue, Suite 1120 Miami FL 33131 | Claim 000005, Payment 17.2% | 7100-003 | | 849.50 | 9,552.58 |
| • 03/09/09 | 000107 | Recovery Management Systems Corporation For Capital Recovery One As Assignee of CAPITAL ONE INSTALLMENT 25 SE 2nd Avenue, Suite 1120 Miami FL 33131 | Claim 000005, Payment 17.2% | 7100-003 | | -849.50 | 10,402.08 |
| • 03/09/09 | 000108 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 | Claim 000006, Payment 17.2% | 7100-003 | | 87.68 | 10,314.40 |

Page Subtotals     0.00     87.68

Ver: 14.31a

LFORM24
UST Form 101-7-TDR (4/1/2009) *(Page: 15)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

**Exhibit 9**

| Case No: | 08-71066 -MLB |
|---|---|
| Case Name: | SHELTON, SHARON D |
| Taxpayer ID No: | *******3288 |
| For Period Ending: | 05/13/09 |

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1305  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/09/09 | 000108 | Newark NJ 07193-5480<br>eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000006, Payment 17.2% | 7100-003 | | -87.68 | 10,402.08 |
| 03/09/09 | 000109 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000007, Payment 17.2% | 7100-003 | | 1,098.14 | 9,303.94 |
| 03/09/09 | 000109 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000007, Payment 17.2% | 7100-003 | | -1,098.14 | 10,402.08 |
| 03/09/09 | 000110 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000008, Payment 17.2% | 7100-003 | | 661.68 | 9,740.40 |
| 03/09/09 | 000110 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000008, Payment 17.2% | 7100-003 | | -661.68 | 10,402.08 |
| 03/09/09 | 000111 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000009, Payment 17.2% | 7100-003 | | 49.24 | 10,352.84 |
| 03/09/09 | 000111 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120 | Claim 000009, Payment 17.2% | 7100-003 | | -49.24 | 10,402.08 |

| | Page Subtotals | 0.00 | -87.68 |
|---|---|---|---|

Ver: 14.31a

# FORM 2

Page: 5

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 08-71066 -MLB |
| Case Name: | SHELTON, SHARON D |
| | |
| Taxpayer ID No: | *******3288 |
| For Period Ending: | 05/13/09 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1305  GENERAL CHECKING |
| | |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/09/09 | 000112 | Miami FL 33131<br>Verizon North Inc<br>AFNI/Verizon<br>404 Brock Drive<br>Bloomington, Il 61701 | Claim 000010, Payment 17.2% | 7100-003 | | 87.52 | 10,314.56 |
| 03/09/09 | 000112 | Verizon North Inc<br>AFNI/Verizon<br>404 Brock Drive<br>Bloomington, Il 61701 | Claim 000010, Payment 17.2% | 7100-003 | | -87.52 | 10,402.08 |
| 03/09/09 | 000113 | LHR Inc.<br>56 Main St.<br>Hamburg, NY 14075 | Claim 000011, Payment 17.2% | 7100-003 | | 474.62 | 9,927.46 |
| 03/09/09 | 000113 | LHR Inc.<br>56 Main St.<br>Hamburg, NY 14075 | Claim 000011, Payment 17.2% | 7100-003 | | -474.62 | 10,402.08 |
| 03/09/09 | 000114 | CHERYL REYNOLDS<br>SUNRISE FAMILY RESTAURANT<br>7019 N. ALPINE RD.<br>ROCKFORD, IL 61111 | Claim 00004, Payment 17.2% | 7100-003 | | 3.61 | 10,398.47 |
| 03/09/09 | 000114 | CHERYL REYNOLDS<br>SUNRISE FAMILY RESTAURANT<br>7019 N. ALPINE RD.<br>ROCKFORD, IL 61111 | Claim 00004, Payment 17.2% | 7100-003 | | -3.61 | 10,402.08 |
| 03/09/09 | 000115 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,790.20 | 8,611.88 |
| 03/09/09 | 000116 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,750.00 | 6,861.88 |
| 03/09/09 | 000117 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 66.28 | 6,795.60 |
| 03/09/09 | 000118 | Roundup Funding, LLC<br>MS 550 | Claim 000001, Payment 17.2% | 7100-000 | | 2,010.27 | 4,785.33 |

| | | | Page Subtotals | | 0.00 | 5,616.75 | |

Ver: 14.31a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 08-71066 -MLB | |
| Case Name: | SHELTON, SHARON D | |
| | | |
| Taxpayer ID No: | *******3288 | |
| For Period Ending: | 05/13/09 | |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1305  GENERAL CHECKING |
| | |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/09/09 | 000119 | PO Box 91121<br>Seattle, WA 98111-9221<br>SPIRIT OF AMERICA NATIONAL<br>BANK/CATHERINES<br>FIRST EXPRESS<br>PO BOX 856044<br>LOUISVILLE, KY 40285-6044 | Claim 000002, Payment 17.2% | 7100-000 | | 151.05 | 4,634.28 |
| 03/09/09 | 000120 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000003, Payment 17.2% | 7100-000 | | 1,322.29 | 3,311.99 |
| 03/09/09 | 000121 | Cheryl Reynolds<br>Sunrise Family Rest<br>7019 N Alpine Rd<br>Loves Park IL 61111 | Claim 000004, Payment 17.2% | 7100-000 | | 3.61 | 3,308.38 |
| 03/09/09 | 000122 | Recovery Management Systems Corporation<br>For Capital Recovery One<br>As Assignee of CAPITAL ONE INSTALLMENT<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131 | Claim 000005, Payment 17.2% | 7100-000 | | 849.51 | 2,458.87 |
| 03/09/09 | 000123 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000006, Payment 17.2% | 7100-000 | | 87.67 | 2,371.20 |
| 03/09/09 | 000124 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000007, Payment 17.2% | 7100-000 | | 1,098.15 | 1,273.05 |
| 03/09/09 | 000125 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001 | Claim 000008, Payment 17.2% | 7100-000 | | 661.68 | 611.37 |

| | | | | Page Subtotals | 0.00 | 4,173.96 | |
|---|---|---|---|---|---|---|---|

Ver: 14.31a

**FORM 2**

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 08-71066 -MLB |
| Case Name: | SHELTON, SHARON D |
| Taxpayer ID No: | *******3288 |
| For Period Ending: | 05/13/09 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1305  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/09/09 | 000126 | Malvern PA 19355-0701<br>Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000009, Payment 17.2% | 7100-000 | | 49.24 | 562.13 |
| 03/09/09 | 000127 | Verizon North Inc<br>AFNI/Verizon<br>404 Brock Drive<br>Bloomington, Il 61701 | Claim 000010, Payment 17.2% | 7100-000 | | 87.52 | 474.61 |
| 03/09/09 | 000128 | LHR Inc.<br>56 Main St.<br>Hamburg, NY 14075 | Claim 000011, Payment 17.2% | 7100-000 | | 474.61 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 10,402.08 | 10,402.08 | 0.00 |
| Less:  Bank Transfers/CD's | 10,402.08 | 0.00 | |
| Subtotal | 0.00 | 10,402.08 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 10,402.08 | |

| | NET DEPOSITS | NET<br>DISBURSEMENTS | ACCOUNT<br>BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******1088 | 10,402.08 | 0.00 | 0.00 |
| GENERAL CHECKING - *******1305 | 0.00 | 10,402.08 | 0.00 |
| | 10,402.08 | 10,402.08 | 0.00 |
| | (Excludes Account<br>Transfers) | (Excludes Payments<br>To Debtors) | Total Funds<br>On Hand |

Page Subtotals          0.00          611.37

Ver: 14.31a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   8

**Exhibit 9**

| | |
|---|---|
| Case No: | 08-71066 -MLB |
| Case Name: | SHELTON, SHARON D |
| Taxpayer ID No: | *******3288 |
| For Period Ending: | 05/13/09 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1305  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals               0.00               0.00

Ver: 14.31a

# Bank of America

HH

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    4429751305
01 01 148 06 M0000 E#    14
Last Statement:   NEW ACCOUNT
This Statement:   03/31/2009

Customer Service
1-877-757-8233

ESTATE OF
SHELTON, SHARON D, DEBTOR
DANIEL M. DONAHUE - TRUSTEE
08-71066
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Page    1 of    2

Bankruptcy Case Number:0871066

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 00/00/0000 - 03/31/2009 | Statement Beginning Balance | .00 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 10,402.08 |
| Number of Checks | 14 | Amount of Checks | 10,402.08 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 14 | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 03/09 | | 10,402.08 | 04429751088->04429751305 | 09925000139 |

### Withdrawals and Debits

#### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| | 2,010.27 | 03/23 | 9992179872 | 120 | 1,322.29 | 03/16 | 9130764407 |
| | 87.52 | 03/30 | 7192838077 | 121 | 3.61 | 03/30 | 6992120849 |
| 22 | 849.51 | 03/17 | 4792508299 | 123* | 87.67 | 03/16 | 8592473964 |
| 115* | 1,790.20 | 03/13 | 7292745614 | 124 | 1,098.15 | 03/17 | 6192897649 |
| 116 | 1,750.00 | 03/13 | 7292745615 | 125 | 661.68 | 03/17 | 6192897648 |
| 117 | 66.28 | 03/12 | 9992120349 | 126 | 49.24 | 03/16 | 7592702001 |
| 119* | 151.05 | 03/17 | 6292362404 | 128* | 474.61 | 03/13 | 7392564551 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 00/00 | .00 | .00 | 03/17 | 2,101.40 | 2,101.40 |
| 03/09 | 10,402.08 | 10,402.08 | 03/23 | 91.13 | 91.13 |
| 03/12 | 10,335.80 | 10,335.80 | 03/30 | .00 | .00 |
| 03/13 | 6,320.99 | 6,320.99 | 03/31 | .00 | .00 |
| 03/16 | 4,861.79 | 4,861.79 | | | |

* The preceding check(s) is still outstanding or has been included in a previous
statement or is included in the 'Other Debits' section as an ACH paperless transaction.

Recycled Paper